DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-232 |
| VS. | VIOLATIONS: |
| NICHOLAS HILL, | 18 U.S.C. 2423(a) - Transportation of Minor for Prostitution |
| DEFENDANT. | 18 U.S.C. 1591 - Sex Trafficking of Children |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Transportation of Minor for Prostitution

On or about May 23, 2011, in the State and Federal District of Nevada and elsewhere,

**NICHOLAS HILL,**

defendant herein, knowingly transported an individual, that is, "S," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2423(a).

. . .

## COUNT TWO
Sex Trafficking of Children

On or about May 23, 2011, in the State and Federal District of Nevada and elsewhere,

**NICHOLAS HILL,**

defendant herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "S," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Section 1591(a)(1).

DATED: this 15th day of June, 2011.

**A TRUE BILL:**

_____/S/_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney